**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01186-CR

**LAURA SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 1
Dallas County, Texas
Trial Court Cause No. MB10-52665**

## ORDER

We **GRANT** the State's April 9, 2014 motion for permission to supplement its brief. We

**ORDER** the State's letter brief received on April 9, 2014 filed as of the date of this order.

/s/    ADA BROWN
JUSTICE